USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/9/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
ERC SPECIALISTS, LLC,                        :
                                             :
                        Plaintiff,           :
            -against-                        :
                                             :      24-cv-8044 (VEC)
                                             :
FRAUD.NET, INC.,                             :      ORDER
                                             :
                        Defendant.           :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS Plaintiff has filed proof of service as to Defendant, Dkts. 15–16;

    WHEREAS Defendant's deadline to answer or otherwise respond to the Complaint has elapsed, *id.*; and

    WHEREAS Defendant has neither appeared nor answered;

    IT IS HEREBY ORDERED that Plaintiff must move for an order to show cause for default judgment, in accordance with Attachment A of this Court's Individual Practices in Civil Cases, by not later than **Monday, December 30, 2024**.

**SO ORDERED.**

**Date: December 9, 2024**
      **New York, New York**

                                            **VALERIE CAPRONI**
                                            **United States District Judge**