UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERC SPECIALISTS, LLC,

                Plaintiff,

-v-

FRAUD.NET, INC.,

                Defendant.

CIVIL ACTION NO.: 24 Civ. 8044 (VEC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, March 4, 2025, it is ORDERED that on or before **March 25, 2025**, the parties shall file a joint letter setting forth the status of their settlement discussions and whether they request a settlement conference.

If the parties request a settlement conference, they shall supplement their joint letter with dates of availability for counsel and their clients in April and May 2025.

Dated:    New York, New York
            March 4, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge